MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7705
FACSIMILE 213-624-1376

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com

Attorneys for Defendant
ARCH SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. SCOTT HARKONEN,<br><br>    Plaintiff,<br><br>vs.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a Wisconsin corporation,<br><br>    Defendant. | Case No. CV 08-5458-MPH<br><br>**STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE AN ANSWER AND/OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>(N.D. Local Rule 6-1)<br><br>Dept.:   15 |

619947.1
STIPULATION TO EXTEND TIME TO ANSWER AND/OR OTHERWISE RESPOND TO THE COMPLAINT

## STIPULATION

**WHEREAS,** Plaintiff served Defendant with the Summons and Complaint on December 5, 2008;

**WHEREAS,** Defendant's time to file an answer and/or otherwise respond to the complaint is December 29, 2008;

**IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, between and among the parties hereto, by and through their respective counsel of record that the Defendant's time to file an answer and/or otherwise respond to the complaint is extended to January 6, 2009.

**IT IS HEREBY FURTHER STIPULATED,** that the parties time to file any Petition to Compel Arbitration is extended to January 6, 2009.

DATED: December 22, 2008        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: *Marcus Topel /OAT*
Marcus Topel
Attorneys for Plaintiff
W. SCOTT HARKONEN

DATED: December 22, 2008        MUSICK, PEELER & GARRETT LLP

By: *David Tartaglio*
David A. Tartaglio
Attorneys for Defendant
ARCH SPECIALTY INSURANCE COMPANY

**IT IS SO ORDERED**
*[signature]*
Judge Marilyn H. Patel

# PROOF OF SERVICE

**STATE OF CALIFORNIA, COUNTY OF LOS ANGELES**

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is One Wilshire Boulevard, Los Angeles, California 90017-3383.

On December 22, 2008, I served true copies of the following document(s) described as **STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE AN ANSWER AND/OR OTHERWISE RESPOND TO THE COMPLAINT** on the interested parties in this action as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on December 22, 2008, at Los Angeles, California.

*Rachel Avila*
Rachel Avila

618310.1