MUSICK, PEELER & GARRETT LLP
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE 213-629-7705
FACSIMILE 213-624-1376

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com

Attorneys for Defendant
ARCH SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. SCOTT HARKONEN,<br><br>Plaintiff,<br><br>vs.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a Wisconsin corporation,<br><br>Defendant. | Case No. CV 08-5458-MPH<br><br>**SECOND STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE AN ANSWER AND/OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>(N.D. Local Rule 6-1)<br><br>Dept.:   15 |

620927.1
SECOND STIPULATION TO EXTEND TIME TO ANSWER AND/OR OTHERWISE RESPOND TO THE COMPLAINT

## STIPULATION

WHEREAS, Plaintiff served Defendant with the Summons and Complaint on December 5, 2008;

WHEREAS, the parties previously submitted a stipulation to extend the time to file an answer and/or otherwise respond to the complaint on December 22, 2008;

WHEREAS, the parties are currently involved in discussions to potentially resolve this action.

IT IS HEREBY STIPULATED, pursuant to Local Rule 6-1, between and among the parties hereto, by and through their respective counsel of record that the Defendant's time to file an answer and/or otherwise respond to the complaint is extended to January 20, 2009.

IT IS HEREBY FURTHER STIPULATED, that the parties' time to file any Petition to Compel Arbitration is extended to January 20, 2009.

DATED: January 2, 2009   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: *Marcus Topel*
Marcus Topel
Attorneys for Plaintiff
W. SCOTT HARKONEN

DATED: January 2, 2009   MUSICK, PEELER & GARRETT LLP

By: *David Tartaglio*
David A. Tartaglio
Attorneys for Defendant
ARCH SPECIALTY INSURANCE COMPANY

IT IS SO ORDERED
Judge Marilyn H. Patel
UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

At the time of service, I was over 18 years of age and **not a party to this action**. I am employed in the County of Los Angeles, State of California. My business address is One Wilshire Boulevard, Los Angeles, California 90017-3383.

On January 6, 2009, I served true copies of the following document(s) described as **SECOND STIPULATION TO EXTEND THE TIME FOR DEFENDANT TO FILE AN ANSWER AND/OR OTHERWISE RESPOND TO THE COMPLAINT** on the interested parties in this action as follows:

☒ **BY CM/ECF NOTICE OF ELECTRONIC FILING:** I caused said document(s) to be served by means of this Court's electronic transmission of the Notice of Electronic Filing through the Court's transmission facilities, to the parties and/or counsel who are registered CM/ECF Users set forth in the service list obtained from this Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct and that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on January 6, 2009, at Los Angeles, California.

_____
Lynn Ha

618310.1