**MUSICK, PEELER & GARRETT LLP**
ATTORNEYS AT LAW
ONE WILSHIRE BOULEVARD, SUITE 2000
LOS ANGELES, CALIFORNIA 90017-3383
TELEPHONE: 213-629-7705
FACSIMILE 213-624-1376

David A. Tartaglio (State Bar No. 117232)
d.tartaglio@mpglaw.com

Attorneys for Defendant
ARCH SPECIALTY INSURANCE COMPANY

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| W. SCOTT HARKONEN,<br><br>Plaintiff,<br><br>vs.<br><br>ARCH SPECIALTY INSURANCE COMPANY, a Wisconsin corporation,<br><br>Defendant. | Case No. CV 08-5458-MPH<br><br>**THIRD STIPULATION AND [PROPOSED] ORDER TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER AND/OR OTHERWISE RESPOND TO THE COMPLAINT**<br><br>(N.D. Local Rule 6-1)<br><br>Dept.:   15 |

**WHEREAS,** Plaintiff served Defendant with the Summons and Complaint on December 5, 2008;

**WHEREAS,** the parties previously submitted a stipulation to extend the time to file an answer and/or otherwise respond to the complaint to December 22, 2008;

**WHEREAS,** the parties submitted a second stipulation to extend the time to file an answer and/or otherwise respond to the complaint to January 20, 2009;

1         **WHEREAS,** the parties are continuing discussions to potentially
2 resolve this action by stipulation .
3         **IT IS HEREBY STIPULATED,** pursuant to Local Rule 6-1, between
4 and among the parties hereto, by and through their respective counsel of record that
5 the Defendant's time to file an answer and/or otherwise respond to the complaint is
6 extended to February 3, 2009.
7         **IT IS HEREBY FURTHER STIPULATED,** that the parties' time to
8 file any Petition to Compel Arbitration is extended to February 3, 2009.

10 DATED: January 20, 2009      KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

By: _William Goodman_ (signature)
William M. Goodman
Attorneys for Plaintiff
W. SCOTT HARKONEN

16 DATED: January 20, 2009      MUSICK, PEELER & GARRETT LLP

By: _David Tartaglio_ (signature)
David A. Tartaglio
Attorneys for Defendant
ARCH SPECIALTY INSURANCE COMPANY

**ORDER**

**IT IS SO ORDERED.**

DATED: 1/21/2009

Judge Marilyn H. Patel
U.S. District Court
Northern District of California

(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Marilyn H. Patel)