1  MARCUS S. TOPEL (State Bar No. 54702)
   WILLIAM M. GOODMAN (State Bar No. 61305)
2  CHARLES N. FREIBERG (State Bar No. 70890)
   BRIAN P. BROSNAHAN (State Bar No. 112894)
3  DAVID A. THOMAS (State Bar No. 215367)
   KASOWITZ, BENSON, TORRES & FRIEDMAN LLP
4  101 California Street, Suite 2050
   San Francisco, CA 94111
5  Telephone:  (415) 421-6140
   Facsimile:  (415) 398-5030
6
   Counsel for Plaintiff
7  W. SCOTT HARKONEN

8

9                    UNITED STATES DISTRICT COURT

10                  NORTHERN DISTRICT OF CALIFORNIA

11

12 W. SCOTT HARKONEN,                    Case No:  CV 08-5458-MHP

13                                       **PLAINTIFF W. SCOTT HARKONEN'S NOTICE OF DISMISSAL OF ACTION WITHOUT PREJUDICE**
                Plaintiff,
14
       vs.
15
   ARCH SPECIALTY INSURANCE
16 COMPANY, a Wisconsin corporation,

17              Defendant.

18

19      TO THIS HONORABLE COURT AND TO DEFENDANT ARCH SPECIALTY

20 INSURANCE COMPANY AND ITS COUNSEL OF RECORD:

21      PLEASE TAKE NOTICE THAT pursuant to Federal Rule of Civil Procedure

22 41(a)(1)(A)(i), plaintiff W. Scott Harkonen hereby dismisses this action in its entirety

23 WITHOUT PREJUDICE.

24 DATED: January 29, 2009        KASOWITZ, BENSON, TORRES & FRIEDMAN LLP

25
                                  By:  /s/ Marcus S. Topel
26                                     MARCUS S. TOPEL
                                       Counsel for Plaintiff
27                                     W. SCOTT HARKONEN

28

---
PL. HARKONEN'S NOT. OF DISMISSAL OF ACTION WITHOUT PREJUDICE:  Case No. CV 08-5458-MHP

*(Court stamp: IT IS SO ORDERED, Judge Marilyn H. Patel, United States District Court, Northern District of California)*